Jeffrey P. Kaufman, ISB No. 8022
Office of Kathleen A. McCallister,
    Chapter 13 Trustee
P.O. Box 1150
Meridian ID 83680
(208) 922-5100 - Telephone
(208) 922-5599 - Facsimile
jpk@kam13trustee.com

### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF IDAHO

| IN RE | Chapter 13 |
|---|---|
| LYNN ANN CALVIN,<br>**Debtor** | Case No. 20-00257-NGH |

### MOTION FOR ENTRY OF AN ORDER TO SHOW CAUSE

COMES NOW the chapter 13 trustee, Kathleen A. McCallister, chapter 13 trustee for the above-referenced matter, by and through her attorney of record, Jeffrey P. Kaufman, and, pursuant to 11 U.S.C. §§ 105, Rule 9016 Fed. R. Bankr. Proc., therein incorporating Rule 45 Fed. R. Civ. Proc., hereby moves this Court for the entry of an order requiring Christopher Teague to appear and show cause why he should not be held in contempt for his failure to comply with the Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Bankruptcy Case (or Adversary Proceeding) (hereinafter referred to as "the Subpoena") personally served upon him on November 4, 2020. This motion is supported by the Affidavit of Jeffrey P. Kaufman, the Affidavit of Kent Corbett, the Affidavit of Janet Corbett, the Affidavit of Mel Easton, and the Memorandum in Support of Motion for Entry of an Order to Show Cause, all filed contemporaneously hereto.

Dated: March 3, 2021.          OFFICE OF KATHLEEN A. McCALLISTER,
                                         CHAPTER 13 TRUSTEE
                                         /s/    *Jeffrey P. Kaufman*
                                         Jeffrey P. Kaufman,
                                         Attorney for Trustee